Pro Se 1 (Rev 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

_____ District of ___COLORADO___

___DENVER___ Division

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 20 2019

JEFFREY P. COLWELL
CLERK

|  |  |
|---|---|
| ROLAND D. ROSS #21314-031 <br><br> _Plaintiff(s)_ <br> _(Write the full name of each plaintiff who is filing this complaint._ <br> _If the names of all the plaintiffs cannot fit in the space above,_ <br> _please write "see attached" in the space and attach an additional_ <br> _page with the full list of names.)_ <br><br> -v- <br><br><br> JONES ZYLON INC. et al <br><br> _Defendant(s)_ <br> _(Write the full name of each defendant who is being sued   If the_ <br> _names of all the defendants cannot fit in the space above, please_ <br> _write "see attached" in the space and attach an additional page_ <br> _with the full list of names.)_ | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No. ___UNKNOWN_____

_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_  ☐ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

    A.    **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | ROLAND D. ROSS #21314-031 |
| Street Address | United States Penitentiary Florence |
| City and County | P.O. Box 7000 |
| State and Zip Code | Florence, Colorado 81226 |
| Telephone Number | |
| E-mail Address | |

    B.    **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title _(if known)_.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | JONES ZYLON INC. |
| Job or Title *(if known)* | 305 CENTRE STREET |
| Street Address | WEST LAFAYETTE, OHIO 43845 |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | RON CHRIST |
| Job or Title *(if known)* | Correctiona Food Service Division Manager |
| Street Address | Denver  Colorado |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev 12/16) Complaint for a Civil Case

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

xxx[XX] Federal question                    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
28 U.S.C. § 1332

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)*  Roland D. Ross #21314-031  , is a citizen of the State of *(name)*  Florence, Colorado 81226  .

b.     If the plaintiff is a corporation

The plaintiff, *(name)*  N/A  , is incorporated under the laws of the State of *(name)*  N/A  , and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)*  JONES ZYLON INC.  , is a citizen of the State of *(name)*  West Lafayette, Ohio 43845 . Or is a citizen of *(foreign nation)*  _____ .

Page 3 of 5

Pro Se 1 (Rev 12/16) Complaint for a Civil Case

b.      If the defendant is a corporation

The defendant, *(name)*    JONES ZYLON    , is incorporated under
the laws of the State of *(name)*    West Lafayette, Ohio 43845   , and has its
principal place of business in the State of *(name)*    West Lafayette, Ohio 43845
Or is incorporated under the laws of *(foreign nation)*    Denver, Colorado    ,
and has its principal place of business in *(name)*    West Lafayette, Ohio 43845 ·

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy
        8 Million Dollars
The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Because of injury cause it has hindered plaintiff from future earning that could ahve been gain through future employment. Can't stand for long period of time.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Food Cart built by defendant has no breaking mechanism. Plaintiff was told to retrieve the food cart and it slipped from plaintiff's hands and dragged him. Caught hold of plaintiff's pants leg and continued to dragged him down the incline, scarring up hand and fracturing disc located in left big toe. The basis of complaint lies with the fact that the food cart's lack of safety features as a preventive measure prohibiting the injury caused

## IV.    Relief    I request that safety feature be added to each cart, lessons, and/or safety instructions be provided when handling the food carts as a protective measure. 8 Million dolla

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I request that safety features be added to each cart, lessons, and/or safety instructions be provided when handling the food carts as protective measures preventing future injuries, compensation for the injuries sustained of 8 million dollars, and a braking system added to carts.

Pro Se 1 (Rev 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    5 /14 /2019

Signature of Plaintiff    *Roland D Ross*
Printed Name of Plaintiff    Roland D. Ross #21314-031

### B.    For Attorneys

Date of signing:    N/a

| | |
|---|---|
| Signature of Attorney | N/A |
| Printed Name of Attorney | N/A |
| Bar Number | N/A |
| Name of Law Firm | N/A |
| Street Address | N/A |
| State and Zip Code | N/A |
| Telephone Number | N/A |
| E-mail Address | N/A |

StatRad Exam Requisition                                                        Page 1 of 1



## USP Florence FLP

| | | | |
|---|---|---|---|
| Patient: | **ROSS, ROLAND D. (Male)** | DOB: | 02/22/88 |
| Register#: | **21314-031** | Age: | 30 |
| Date: | 01/16/19 09:23 | Status: | OP |
| Slicecount: | 4 | | |

History: Continued pain and decreased ROM S/P dislocation of left great toe
Priors: Left foot 8/29/18
Exams: FILM OTHER LEFT GREAT TOE
Referring Phy: C.McClinton PA-C
Ordering Phy: C.McClinton PA-C
Ordering Phy #: 7197849454
Accession Numbers: 202#BOP00037312

---

**Final Report**

**Exam: FILM OTHER - LEFT GREAT TOE**

**HISTORY: Pain , diminished range of motion.**

**TECHNIQUE: 4 views obtained**

**COMPARISON: August 29, 2018**

**FINDINGS: There is no radiographic evidence for acute fracture. There is minimal joint space narrowing at the lateral side of the first metatarsal phalangeal joint There is no other joint space abnormality in the left great toe..**

**IMPRESSION:**

**Minimal joint space narrowing at the lateral side of the first MTP joint. Otherwise unremarkable left great toe radiographs.**

Radiologist:                    Maurice Yu, MD

Study ready at 09:25 and initial results transmitted at 14:12

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ROSS, ROLAND D | | | Reg #: | 21314-031 |
| Date of Birth: | 02/22/1988 | Sex: | M | Race: | BLACK |
| Scanned Date: | 01/18/2019 13:31 EST | | | Facility: | FLP |

**Reviewed by Sterett, Justin MD on 01/22/2019 14:58.**

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: ROSS, ROLAND D | | Reg #: 21314-031 |
| Date of Birth: 02/22/1988 | Sex: M  Race: BLACK | Facility: FLP |
| Encounter Date: 08/29/2018 09:35 | Provider: Sterett, Justin MD | Unit: D01 |

Physician - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**        **Provider:** Sterett, Justin MD

**Chief Complaint:** Pain

**Subjective:** Dorsal dislocation of 1st great toe on right side confirmed by Xray that happened on Sunday. No numbness or sensory loss. Inmate was positioned appropriately. 5cc of lidocaine was applied around the base of the digit in a ring block and gentle traction with plantar pressure was applied to the joint resulting in relocation confirmed by Xray.

**Pain:** Not Applicable

**OBJECTIVE:**

**ASSESSMENT:**

Pain, unspecified, R52 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Acetaminophen/Codeine 300/30 MG Tablets | 08/29/2018 09:35 | 300/30 Orally  -  Two Times a Day x 3 day(s) Pill Line Only -- take two tabs twice per day |

**Indication:** Pain, unspecified

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/29/2018 | Counseling | Plan of Care | Sterett, Justin | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Sterett, Justin MD on 08/29/2018 09:38

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: ROSS, ROLAND D | | Reg #: 21314-031 |
| Date of Birth: 02/22/1988 | Sex: M Race: BLACK | Facility: FLP |
| Encounter Date: 12/26/2018 11:26 | Provider: McClinton, C. PA-C | Unit: D01 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT 1**        **Provider:** McClinton, C. PA-C

**Chief Complaint:** Lower Extremity Pain

**Subjective:** 30 y/o male presents for f/u of left foot pain that continues from an injury sustained approximately 4 months prior.

See encounter on 8/29/18.

Pt states that he continues to have pain over the top of his left great toe and over the ball of his left foot. Pt also admits to associated weakness, decreased ROM, and a dull sensation over the affected toe. Pt describes the pain as sharp and throbbing in nature and currently 3/10 on pain scale. States that the pain is increased with any applied pressure and admits that he has to walk on the outer edge of his foot to avoid increased pain. No other complaints noted.

**Pain:** Not Applicable

## OBJECTIVE:
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/26/2018 | 11:28 FLX | 98.1 | 36.7 | Oral | McClinton, C. PA-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/26/2018 | 11:28 FLX | 75 | Via Machine | Regular | McClinton, C. PA-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 12/26/2018 | 11:28 FLX | 16 | McClinton, C. PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 12/26/2018 | 11:28 FLX | 134/71 | Left Arm | Sitting | Adult-large | McClinton, C. PA-C |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 12/26/2018 | 11:28 FLX | 99 | Room Air | McClinton, C. PA-C |

### Exam Comments

Left toe: Positive tenderness over the DIP joint of the left great toe with increased pain when attempting passive ROM. Active ROM of the left great toe significantly decreased. No obvious deformity or acute injury. Capillary refill < 2 sec.

## ASSESSMENT:

Pain in unspecified joint, M2550 - Current - *Left toe*

| Inmate Name: ROSS, ROLAND D | | |
| Date of Birth: 02/22/1988 | Sex: M    Race: BLACK | Reg #: 21314-031 |
| Encounter Date: 12/26/2018 11:26 | Provider: McClinton, C. PA-C | Facility: FLP |
| | | Unit: D01 |

## PLAN:

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---------|-----------|----------|----------|----------|
| General Radiology-Toes / Toes-General [Left] | One Time | | 01/02/2019 | Routine |

**Specific reason(s) for request (Complaints and findings):**

Continued pain and decreased ROM s/p dislocation of left great toe.

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|------------------------|-------------|-----------------------|----------|------------|----------|
| Radiology | 01/31/2019 | 01/31/2019 | Routine | No | |

**Subtype:**

MRI, Onsite

**Reason for Request:**

MRI of left great toe
30 y/o male with continues c/o pain, numbness, and decreased ROM with left great toe s/p dislocation with subsequent reduction on 8/29/18. Physical exam reveals an exquisitely tender left great toe with decreased active ROM and increased pain with any passive ROM. Please evaluate.

**Disposition:**

Follow-up at Sick Call as Needed

**Other:**

F/U x-ray and consult for MRI

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|----------------|--------|---------------|----------|---------|
| 12/26/2018 | Counseling | Access to Care | McClinton, C. | Verbalizes Understanding |
| 12/26/2018 | Counseling | Compliance - Treatment | McClinton, C. | Verbalizes Understanding |
| 12/26/2018 | Counseling | Plan of Care | McClinton, C. | Verbalizes Understanding |

**Copay Required:** No    **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by McClinton, C. PA-C on 12/26/2018 11:59

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: ROSS, ROLAND D | | Reg #: 21314-031 |
| Date of Birth: 02/22/1988 | Sex: M  Race: BLACK | Facility: FLP |
| Encounter Date: 08/26/2018 19:23 | Provider: Taylor, B. RN | Unit: D01 |

Injury Assessment - Work-related encounter performed at Health Services.

**SUBJECTIVE:**

**INJURY   1**       **Provider:**   Taylor, B. RN

**Date of Injury:**       08/26/2018 06.10       **Date Reported for Treatment:**       08/26/2018 06:15

**Work Related:**     Yes       **Work Assignment:**     AM DINE

**Pain Location:**

**Pain Scale:**   7

**Pain Qualities:**  Sharp

**Where Did Injury Happen (Be specific as to location):**

food service

**Cause of Injury (Inmate's Statement of how injury occurred):**

The food cart was rolling down and it rammed into my foot.

**Symptoms (as reported by inmate):**

Pain and swelling in left big toe.


**OBJECTIVE:**

**Exam:**

**General**

**Affect**

Yes: Cooperative

**Appearance**

Yes· Appears Well, Alert and Oriented x 3

**ROS Comments**

Left great toe, moderately swollen and discolored, no deformity noted.  I/M unable to bear weight without increase in pain.  ROM in left ankle WNL, decreased in toes.  Ice pack applied, wrapped with ace bandage and crutches supplied.

The allergies reviewed with patient for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food, and environmental factors.

**ASSESSMENT:**

Alteration in comfort

**PLAN:**


**Copay Required:** No       **Cosign Required:** Yes

**Telephone/Verbal Order:**  No

Completed by Taylor, B. RN on 08/26/2018 19:24

Requested to be cosigned by  Resto, William MD/CD.

Cosign documentation will be displayed on the following page.

| Inmate Name:   ROSS, ROLAND D | | Reg #:   21314-031 |
|---|---|---|
| Date of Birth:   02/22/1988 | Sex:   M   Race:   BLACK | Facility:   FLP |
| Encounter Date:   08/26/2018 06:10 | Provider:   Taylor, B. RN | Unit.   D01 |

## ROS Comments

Left great toe, moderately swollen and discolored, no deformity noted. I/M unable to bear weight without increase in pain. ROM in left ankle WNL, decreased in toes. Ice pack applied, wrapped with ace bandage and crutches supplied.

The allergies reviewed with patient for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food, and environmental factors.

## ASSESSMENT:

Alteration in comfort

## PLAN:

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Ibuprofen Tablet | 08/26/2018 06:10 | 600mg Orally - three times a day x 7 day(s) -- take on tablet, three times daily |

**Start Now:** Yes
**Night Stock Rx#:** 248762-FLP
**Source:** Night Stock
**Admin Method:** Self Administration
**Stop Date:** 09/02/2018 06:09
**MAR Label:** 600mg Orally - three times a day x 7 day(s) -- take on tablet, three times daily
**One Time Dose Given:** No

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Foot-General [Left] | One Time | | 08/29/2018 | Routine |

**Specific reason(s) for request (Complaints and findings):**

pain/swelling in left great toe s/p injury, r/o fx

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Follow-up | 08/30/2018 00:00 | MLP 05 |
| xray left foot | | |

**Disposition:**

Follow-up at Sick Call as Needed
To be Evaluated by Provider
Will Be Placed on Callout

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/26/2018 | Counseling | Plan of Care | Taylor, B. | Verbalizes Understanding |

**Copay Required:** No       **Cosign Required:** Yes
**Telephone/Verbal Order:** Yes   **By:** Resto, William MD/CD
**Telephone or Verbal order read back and verified.**

Completed by Taylor, B. RN on 08/26/2018 16:12

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name. ROSS, ROLAND D | | Reg #: 21314-031 |
| Date of Birth: 02/22/1988 | Sex: M Race: BLACK | Facility: FLP |
| Encounter Date: 08/26/2018 06:10 | Provider: Taylor, B. RN | Unit: D01 |

Injury Assessment - Work-related encounter performed at Health Services.

## SUBJECTIVE:

**INJURY  1**     **Provider:**  Taylor, B. RN

**Date of Injury:**  08/26/2018 06:10     **Date Reported for Treatment:**  08/26/2018 06:15

**Work Related:**  Yes     **Work Assignment:**  AM DINE

**Pain Location:**

**Pain Scale:**  7

**Pain Qualities:**  Sharp

**Where Did Injury Happen (Be specific as to location):**

food service

**Cause of Injury (Inmate's Statement of how injury occurred):**

The food cart was rolling down and it rammed into my foot.

**Symptoms (as reported by inmate):**

Pain and swelling in left big toe.

## OBJECTIVE:

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/26/2018 | 16:05 FLX | 98.7 | 37.1 | Temporal | Taylor, B. RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/26/2018 | 16:05 FLX | 82 | Radial | Regular | Taylor, B. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/26/2018 | 16:05 FLX | 16 | Taylor, B. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/26/2018 | 16:05 FLX | 128/74 | Left Arm | Sitting | Wrist | Taylor, B. RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 08/26/2018 | 16:05 FLX | 99 | Room Air | Taylor, B. RN |

**Exam:**

**General**

**Affect**

Yes: Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ROSS, ROLAND D | | | Reg #: | 21314-031 |
| Date of Birth: | 02/22/1988 | Sex: | M | Race: | BLACK |
| Encounter Date: | 08/26/2018 19:23 | Provider. | Taylor, B. RN | Facility: | FLP |

**Cosigned by Resto, William MD/CD on 08/28/2018 07:35.**

| | | |
|---|---|---|
| Inmate Name:  ROSS, ROLAND D | | Reg #:  21314-031 |
| Date of Birth:  02/22/1988 | Sex:     M     Race:  BLACK | Facility:  FLP |
| Encounter Date:  08/26/2018 06:10 | Provider:  Taylor, B. RN | Unit:     D01 |

Requested to be cosigned by  Resto, William MD/CD.

Cosign documentation will be displayed on the following page.



| | | |
|---|---|---|
| Inmate Name:  ROSS, ROLAND D | | Reg #:  21314-031 |
| Date of Birth:  02/22/1988 | Sex:     M     Race:  BLACK | Facility:  FLP |
| Encounter Date:  08/26/2018 06:10 | Provider:  Taylor, B. RN | Unit:     D01 |

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

MJ< 2-13-A

Type or use ball-point pen   If attachments are needed, submit four copies.  One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: _Ross Roland D._____  _2131-021_____  _E-B_____  _____
        LAST NAME, FIRST, MIDDLE INITIAL                  REG. NO.              UNIT              INSTITUTION

**Part A - REASON FOR APPEAL**

### I.

Complainant, "Roland D. Ross" has been impeded by his custodial caretakers,"assigned Counselor and Unit Manager to endeavor or ascertain relief provided by the administrative remedy process.

### II.

Complainant timely submitted the BP-9, for Warden's level od review, however, the remedy was returned as untimely where the Unit Manager took it upon herself to hold the process causing it to lapse , prohibit ing a response , according to complainant's assigned counselor, "Ms. Grisenti.

### III.

The  gestapo tactics involved by complainant's custodial
                **See attached**

_2/15/19_____                         _Roland D. Ross_____
        DATE                                           SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____                              _____
        DATE                                           GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE                       CASE NUMBER: _____

**Part C - RECEIPT**
                                                 CASE NUMBER: _____

Return to: _____  _____  _____  _____
                LAST NAME, FIRST, MIDDLE INITIAL        REG. NO            UNIT              INSTITUTION

SUBJECT _____

_____            ♲                 _____
        DATE                   PRINTED ON RECYCLED PAPER    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN                                                                          BP-231(13)
                                                                                JUNE 2002

## CONTINUANCE, III.

caretakers are a common practice which affects the 42 U.S.C. §1997(e), provisions . The acts of the custodial caretakers where not only reckless, it shows an intentional disregard to the administrative remedies design.

## IV.

## INMATE REQUEST

Complainant now seeks redress at this level, respectively moves for an investigation of his custodial caretakers' malfeasance, which has blatanly created the untimliness of complainant's greivance request for relief.

## VI.

## SWORN DECLARATION PURSUANT TO 28 U.S.C.§1746

My name is Roland D. Ross, and I hereby swear and declare that , I provided my administrative remedy process to my assigned Counselor whom turned over to the Unit Manager without explanation as to why the Unit Manager received it instead the Warden's grievance Coordinator..

I had no control over the process once handing it over to my assigned counselor..

It appears that, I am being held liable for the mishandling of the grievance by my custodial caretaker..

This matter will proceed on to court in light of the acts of my custodial caretakers, and initial complaint based on malfeasance..

si/ Roland D. Ross 21314-031
Mr. Roland D. Ross, #21314-031



**U.S. Department of Justice**
Federal Bureau of Prisons

*Federal Correctional Complex*
*Florence, Colorado*
☐ *Administrative Maximum Security Institution*
☒ **High Security Institution**
☐ *Medium Security Institution*
☐ *Minimum Security Institution*

---

☐ Institution

☒ Regional Office

☐ Central Office

EB-06-121U Unit

Date: February 11, 2019

# Receipt of
# Administrative Remedy

Inmate Name: Roland Ross Reg. No. 21314-031

Administrative Remedy No.: 962119-R1

Received on this: 11th day of February, 2019.

_____    _____
Signature/Title of Staff    Date

_____    _____
Signature/Number of Inmate    Date

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JANUARY 30, 2019

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTH CENTRAL REGIONAL OFFICE

TO  : ROLAND D ROSS, 21314-031
      FLORENCE HIGH USP    UNT: E    QTR: E06-121U
      PO BOX 7500
      FLORENCE,  CO 81226


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 962119-R1        REGIONAL APPEAL
DATE RECEIVED  : JANUARY 10, 2019
SUBJECT 1      : KITCHEN OR DINING HALL - CONDITIONS
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

U.S. Department of Justice                          **Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

12-30-18 ☑

Type or use ball-point pen   If attachments are needed, submit four copies.  One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: **Ross Roland**                    **21314-031**    **D-A**    _____
          LAST NAME, FIRST, MIDDLE INITIAL        REG NO.        UNIT        INSTITUTION

**Part A - REASON FOR APPEAL**

This matter appears before Regional based on prison Staff's Mal-fensance.

Please Take Notice:

Sworn Declaration.

On this 12/30/18 at or about 2:30 pm my assigned Custodial counseler returned my timely submitted administrative remedy. My complaint was returned with the grievance coordinater deeming the filing as untimely. My administrative remedies and attachments supports a timely filing. My timely BP-8 reflects that it was issued on 10/30/18, and returned 11/12/18, and the very next day, on 11/13/18 the BP-9 was issued where I quickly pursued the response and returned it en 11/14/2018 or that same day, however there's no reflection of the returned date but the Remedy clerk provides a receipt date for 12/10/18

See Att.

**12/31/18** _____                    **Roland Ross** _____
          DATE                                                SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
JAN 10 2019
REGIONAL DIRECTOR'S OFFICE
NORTH CENTRAL REGION

_____                         _____
          DATE                                      REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: **9 62119-R1**

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –

**Part C - RECEIPT**
                                                          CASE NUMBER: _____

Return to: _____
              LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____                         _____
          DATE                    ♻ PRINTED ON RECYCLED PAPER    SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN                                                          BP-230(13)
                                                                JUNE 2002

**FEDERAL CORRECTIONAL COMPLEX**
**FLORENCE, COLORADO**
**INFORMAL RESOLUTION FORM**

_Notice to Inmate: Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner._

Inmate Name: Roland Ross          Reg. No. 21314-031
Unit: D-4          Date: 12/31/18

**NOTICE TO INMATE:** You are advised that normally prior to filing a Request for Administrative Remedy, BP-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below:

1.  State your complaint (single complaint or a reasonable number of closely related issues):
    I timely submitted a administrative remedy to my assigned custodial counselor of D4 unit. Where it was timely returned to my counselor for response. My counselor asserts that the BP-9 was turned over to Unit Manager Avalos shortly after it was given to her by me.          See Att.

    (If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to BP-229(13) responses.))

2.  State what resolution you expect: I want the bases of my complaint redressed.

Inmate's Signature: Roland Ross          Date: 12/31/18

Counselor's Signature: _____          Date: 12-31-18

Department Involved: _____ Date Assigned: _____ Due Date: _____

Department's Response regarding Complaint: _____
_____
_____
_____

Department Head Signature: _____          Date: _____
Unit Manager's Review: _____          Date: _____
Informally Resolved: _____          Date: _____

|  | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 12-30-18 | 12-31-18 |  |  |  |
| TIME |  |  |  |  |  |
| COUNSELOR |  |  |  |  |  |

FCC 1330.18A          Administrative Remedy Program          Attachment 1

Page 2. of BP-8                                                    12/31/18

     The delays of my administrative remedy created a denial of untimeliness in which, I had no control over, where limitations are set forth in the administrative remedy system. I clearly followed protocal and should not be held accountable for staff's lethargy.

Resolution (2)

Inmate Request

     I want the bases of my Complaint redressed.

Page: 2 of BP-10                                    12/31/18

Rendering My administrative remedy untimely based on reasons not within my control prohibits compliance with the directives self forth in 42 U.S.C. § 1997(e), creating violations long guaranteed by the First, (1st), Fifth (5th), and Eight( )Amendments.

The BP-8 reflects timely issuance of review, and a reckless reframing to make documentations of the 11-14-2088 date by my unit team, but does; however indicate a remedy clerk's date for 12/10/18, with initial following.

Inmate Request

I want to pursue my administrative remedy process as directed by 42 U.S.C. § 1997(e) where Staff Malfeasance caused me serious physical injuries.

FEDERAL CORRECTIONAL COMPLEX
FLORENCE, COLORADO
INFORMAL RESOLUTION FORM

**Notice to Inmate: Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner.**

Inmate Name: Roland Ross            Reg. No. 21314-031
Unit: D-A                           Date: 10-30-18

**NOTICE TO INMATE:** You are advised that normally prior to filing a Request for Administrative Remedy, BP-229(13), **you must attempt to informally resolve your complaint** through your Correctional Counselor. Please follow the steps listed below:

1. State your complaint (single complaint or a reasonable number of closely related issues):
   I receipt BP-8 agrievance response on this 10-30-18, were the basis of my complaint was intaily submitted on 9-06-18 in relation with a accident which caused irrepcrable injuries on or about August 26, 2018 at approximately 4:45 am where as at such time I was ordered by my kitchen supervisor Mr. Hayden to retrieve the 1000 pound food cart from the scgregated housing units. Previous to complying with the orders and or directives I see the Next Acct. Page 2.

(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to BP-229(13) responses.))

2. State what resolution you expect: I want safety features added to the food cart or a safer food carts, and safety talks regarding the handling of the cart.

Inmate's Signature: Roland Ross            Date: 10-30-18

Counselor's Signature: ____            Date: ____

Department Involved: Food Service   Date Assigned: 11-08-18   Due Date: 11-13-18

Department's Response regarding Complaint: No response

Department Head Signature: ____        Date: ____
Unit Manager's Review: ____            Date: 12/6/18
Informally Resolved: ____             Date: ____

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 10-30-18 | 11-12-18 | 11-13-18 | 11-14-18 | 12/10/18 |
| TIME | | | | | |
| COUNSELOR | | | | | |

FCC 1330.18A          Administrative Remedy Program          Attachment 1

10-30-18

I had no training, or Safety talk instructions in operating the food cart. Please be advised the food cart contains no safety device which Secures the operator from sustaining the type of injuries I obtained where the food cart slipped away from me, and some how caught my pant leg, draging me great distances in a downward motion.

Inmate Request:

I want safety features added to the food carts or a ~~safer~~ safer food carts, and Safety talks regarding the handling of the Carts.

I also want compensation for the incident and injuries I Sustained.

**U.S. DEPARTMENT OF JUSTICE**                                    **REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons

11-13-18

*Type or use ball-point pen. If attachments are needed, submit four copies  Additional instructions on reverse.*

From: Ross Roland D.                21314-031        D-A

LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT            INSTITUTION

**Part A– INMATE REQUEST**

No response was rendered by the food administration in relation with my complaint. I received injuries, after being ordered to retrive the food cart where it slipped from my hands and caught hold of my pant leg draging me a great distance tearing up my hands and disc locating my left big toe, The basis of my complaint lies with the fact of the food carts lack of safety features as a preventive measure prohibiting the type of injuries I've sustained.

Inmate Request: I want safety features added to each food cart, Lessons, and or safety istructions when handling the food cart as a protective measure preventing future injuries, and compentation for the experience, and injuries I sustained.

11-13-18                                                  *Roland Ross*

DATE                                                SIGNATURE OF REQUESTER

**Part B– RESPONSE**

RECEIVED

DEC 1 0 2018

ASSOCIATE WARDEN
UNITED STATES PENITENTIARY

_____                    _____

DATE                                                WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                    CASE NUMBER: 962119-F1

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____

LAST NAME, FIRST, MIDDLE INITIAL        REG NO        UNIT            INSTITUTION

SUBJECT: _____

_____         ☸         _____            BP–229(13)

DATE                 PRINTED ON RECYCLED PAPER        RECIPIENT'S SIGNATURE (STAFF MEMBER)        APRIL 1982

USP LVN

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: DECEMBER 10, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      FLORENCE HIGH USP

TO  : ROLAND D ROSS, 21314-031
      FLORENCE HIGH USP     UNT: D     QTR: D01-111L
      PO BOX 7500
      FLORENCE,  CO 81226

FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID        : 962119-F1        ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED    : DECEMBER 10, 2018
SUBJECT 1        : KITCHEN OR DINING HALL - CONDITIONS
SUBJECT 2        :
INCIDENT RPT NO:

REJECT REASON 1: YOUR REQUEST IS UNTIMELY.  INSTITUTION AND CCC REQUESTS
                 (BP-09) MUST BE RECEIVED W/20 DAYS OF THE EVENT COMPLAINED
                 ABOUT.







AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF COLORADO
### DENVER DIVISION

ROLAND D. ROSS #21314-031
*Plaintiff*

v.

JONES ZYLON INC. et al
*Defendant*

)
)
)
)
)

Civil Action No. UNKNOWN

## WAIVER OF THE SERVICE OF SUMMONS

To: JONES ZYLON INC.
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name of party waiving service of summons*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 398 (Rev 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the

DISTRICT OF COLORADO
DENVER DIVISION

| | |
|---|---|
| ROLAND D. ROSS #21314-031 | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No.   UNKNOWN |
| JONES ZYLON INC. et al | ) |
| *Defendant* | ) |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:    JONES ZYLON INC. et al
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

### Why are you getting this?

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within _____ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

### What happens next?

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: _____

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF ROLAND D. ROSS #21314-031 | COURT CASE NUMBER Unknown |
|---|---|
| DEFENDANT JONES ZYLON INC. | TYPE OF PROCESS "summons and complaint" |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JONES ZYLON INC.

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
305 CENTRE STREET, WEST LAFAYETTE, OHIO 43845

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

ROLAND D. ROSS #21314-031
UNITED STATE PENITENTIARY FLORENCE
P.O. BOX 7000
FLORENCE, COLORADO 81226

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                          Fold

"INDIVIDUAL CAPACITY

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER N/A | DATE / /2019 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date | Time ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S Marshal* or (Amount of Refund*) **$0.00** |
|---|---|---|---|---|---|

REMARKS:

DISTRIBUTE TO: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13